1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   ANDREW MARIA,                    Case No. 2:22-cv-05105-MCS (GJS)
12              Plaintiff
                                      **ORDER ACCEPTING FINDINGS**
13        v.                          **AND RECOMMENDATIONS OF**
                                      **UNITED STATES MAGISTRATE**
14   SHIRLEY WEBER, in her official   **JUDGE**
     capacity as Secretary of State of the
15   State of California,
16              Defendant.
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkt. 1],

19   all documents filed and lodged in this action, Defendant's motion to dismiss the

20   Complaint [Dkt. 15, "Motion"] and the related briefing by the parties [Dkts. 18-19],

21   and the Report and Recommendation of United States Magistrate Judge [Dkt. 21,

22   "Report"].  The time for filing Objections to the Report has passed, and no

23   Objections have been received by the Court.

24        Having completed its review, the Court accepts the findings, conclusions, and

25   recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that:  the

26   ///

27   ///

28   ///

1    Motion is GRANTED; the Complaint is dismissed without leave to amend; and

2    Judgment shall be entered dismissing this action without prejudice.

3

4     DATE: March 29, 2023

5

6                                  MARK C. SCARSI
                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28