JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARIA,<br><br>    Plaintiff<br><br>    v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California,<br><br>    Defendant. | Case No. 2:22-cv-05105-MCS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: March 29, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE